# United States Court of Appeals
## For the First Circuit

No. 17-1461

TOWN OF WESTPORT,

Plaintiff, Appellant,

WESTPORT COMMUNITY SCHOOLS,

Plaintiff,

v.

MONSANTO COMPANY; SOLUTIA, INC.; PHARMACIA CORPORATION,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on December 8, 2017, is amended as follows:

On page 10, line 15, "the" is deleted.

On page 12, footnote 3, line 4, "consitute" is replaced with "constitute".